UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

HUNTINGTON 18 LLC and
INVESTMENTS 41, LLC,
    Defendant(s).

Case No.: 22-cv-22375-JEM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI, and Defendants, HUNTINGTON 18 LLC and INVESTMENTS 41 LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, HUNTINGTON 18 LLC and INVESTMENTS 41 LLC with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ William Salim |
| Glenn R. Goldstein (FBN: 55873) | William Salim (FBN: 750379) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | William G. Salim, Jr., P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 800 Corporate Drive, Suite 500 |
| Miami, Florida 33138 | Fort Lauderdale, FL 33334 |
| (305) 900-2373 | (954) – 491-2000 |
| GGoldstein@G2Legal.net | wsalim@wgsjrlaw.com |