UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  22-22375-CIV-MARTINEZ-BECERRA

AMIN LAKHANI,

    Plaintiff,

v.

HUNTINGTON 18 LLC and
INVESTMENTS 41, LLC,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice.  (ECF No. 14).  Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of March, 2023.

                                                                          _____
                                                                          JOSE E. MARTINEZ
                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record